**cogentblue.**
WEALTH ADVISORS

October 30, 2023

To Whom It May Concern:

In January of 2023, ▮▮▮▮▮▮▮▮▮▮ engaged my firm, CogentBlue Wealth Advisors, to advise him on managing an unprecedented and unexpected financial windfall he experienced through a lottery. Mr. ▮▮▮▮▮ requested that we help him identify and manage risks inherent to being an ultra-high-net-worth individual, as this was something for which he wisely acknowledged having little to no understanding. Mr. ▮▮▮▮▮ also aimed to protect his family from experiencing the consequences of extreme wealth, so they could more fully experience its many benefits.

Mr. ▮▮▮▮▮ intentions felt clear and reasonable to me. I felt our team was well-positioned to offer advice on several topics related to financial risks. However, when it came to dangers regarding privacy and safety, I thought it would be wise to bring in an outside resource. With that in mind, I researched and contacted my network for a premier and highly respected security advisor who could fill the gaps.

Unsurprisingly, a firm dedicated to protecting the safety and privacy of at-risk and prominent families is also keen to protect the same for themselves. As such, I am preparing this document to memorialize the advice and wisdom the security firm offered us.

In our conversations with this security firm, they advised being familiar with the security programs of many prominent people, including some like Mr. ▮▮▮▮▮, who experienced swift and drastic increases in wealth. We discussed how Mr. ▮▮▮▮▮ circumstance is unique. It differs from most situations where an individual accumulates wealth over many years—often decades—versus days like in Mr. ▮▮▮▮▮ case. We discussed how such situations naturally present more uncertainty and risk, as the individual has little time to prepare and gradually dial up appropriate precautions.

We discussed how, given the amount of attention paid to lottery wins in amounts like Mr. ▮▮▮▮▮ it is likely that individuals will communicate and act in inappropriate ways—some that stand to challenge the safety and privacy of Mr. ▮▮▮▮▮ and his family. The security firm advised that although significant uncertainty and risk are associated with such fast and drastic increases in wealth, in their experience, it is all quite manageable.

Of relevance, they stressed the importance of focusing on what we can control and accepting what we can't. This wisdom was partly intended to enhance peace-of-mind. However, it was strategically aimed at immediate family members who possess the most insight about Mr. ▮▮▮▮▮ wealth, whereabouts, relationships, upcoming plans, family members, etc. In other words, these trusted individuals have the most knowledge about vulnerabilities.

The security firm described a concept for safety programs as "concentric rings." A layered approach to protection. Technologies like fences, gates, alarm systems, and dogs are all examples of rings of protection—some farther out from what we're protecting, and some closer to it. Privacy is the outermost ring. For if people with sinister intent don't know when and where to encounter us, they can't plan the how. Even better, if those people posing a risk don't know who we are (our wealth and vulnerabilities), they will never consider the actions we're seeking to avert.

Another way the security firm described it: Privacy and Confidentiality are the most proactive security measures. Some wealthy individuals and families are so publicly prominent—due to their



careers, philanthropy, and so on—that maintaining privacy is impractical.  Such cases require a greater focus and investment into other precautions (e.g., armored vehicles, private jets, bodyguards, ongoing threat assessments).  For Mr. ▓▓▓▓ circumstance, the security firm noted he and his family have a rare opportunity to experience the benefits of wealth while at the same time maintaining a "low-profile."  However, the security firm emphasized that accomplishing this requires a strict adherence to privacy and confidentiality practices by Mr. ▓▓▓▓, his family, and those closest to them.

To illustrate the gravity of these concepts, the security firm listed several vulnerabilities that will naturally increase should the number people with knowledge of his wealth increase.  Examples they cited include:

- Kidnap for ransom
- Stalking and harassment
- Unwanted attention on Mr. ▓▓▓▓ daughter:
    - at the school she attends;
    - by her friends; and
    - other individuals associated with her (e.g., parents of kids at the school, in a dance class or extracurricular activity).
- Increased attention on Mr. ▓▓▓▓ other family members
- Cybersecurity vulnerabilities
- Impersonation and financial fraud
- Media attention
- Extortion
- Solicitations of services or for financial support
- Disruptions and restricted movement in daily life

To date, Mr. ▓▓▓▓ and his family have not experienced many predictable challenges that can be intrinsic to their new circumstances. It's impossible to know what risks these reasonable precautions might have prevented. We believe the lack of challenges experienced is a direct byproduct of following the security advisor's guidance.

Mr. ▓▓▓▓ intends to continue taking practical precautions to prevent foreseeable risks to him and his family. He will continue to consult with the security firm to ensure such safeguards are implemented in a balanced way and not in reaction to misinformed understandings of risks.

Sincerely,


Wesley S. Brown
Principal