AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| John Doe | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:23-cv-00423-JAW |
| Sara Smith | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sara Smith
Dracut, Massachusetts

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory Brown, Esq.
Lowe Yeager & Brown PLLC
920 Volunteer Landing, Suite 200
Knoxville, TN 37915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____XXXXX2023___ 11/15/23

_____
Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sara Smith _____

was received by me on *(date)*   November 15, 2023   .

☒ I personally served the summons on the individual at *(place)*   Lawrence, Massachusetts _____

_____ on *(date)*   November 15, 2023   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   November 17, 2023 _____

_____
*Server's signature*

Gregory Brown, Attorney
_____
*Printed name and title*

920 Volunteer Landing Ste 200, Knoxville, TN 37915
_____
*Server's address*

Additional information regarding attempted service, etc:

Sara Smith is a pseudonym approved by the Court. I notated by hand the true name of the Defendant on the front of the service copy of the summons. I asked for the Defendant by her true name, and confirmed her identity both by name and appearance. I served the Defendant in hand, in accordance with FRCP 4, and she verbally acknowledged service.