| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Defendant, | ) | Civil Action No. 2:23-cv-00423-JAW |
| v. | ) | |
| | ) | |
| SARA SMITH, | ) | |
| | ) | |
| Plaintiff. | ) | |

## ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Defendant Sara Smith ("Smith" or "Defendant"), by her undersigned counsel, responds to Plaintiff John Doe's ("Doe" or "Plaintiff") Complaint for Injunctive Relief and Damages ("Complaint") as follows. As an initial matter, Defendant denies the characterization in the preamble to the Complaint that there have been violations of the Non-Disclosure Agreement ("NDA") or breach of contract.

## PARTIES

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 1, and on that basis denies it.

2. Admitted.

## JURISDICTION AND VENUE

3. Admitted that the parties are residents of two different states; denied that the amount in controversy exceeds $75,000. The remainder of paragraph 3 states a legal conclusion to which no response is required. To the extent that paragraph 3 states additional factual allegations that require a response, they are denied.

4. Admitted that the NDA between the parties identifies Maine as a venue; denied that any "actions and associated harms" were directed at Plaintiff by Defendant. Further denied that the NDA is a valid and enforceable contract.

**FACTS**

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 5, and on that basis denies it.

6. Admitted.

7. Admitted that Exhibit A is a copy of an NDA between the parties. Defendant further states that the NDA speaks for itself, and denies the characterizations in paragraph 7. Further denied that the NDA is a valid and enforceable contract.

8. Paragraph 8 states a legal conclusion to which no response is required. To the extent that paragraph 8 states factual allegations that require a response, they are denied.

9. Defendant states that paragraph 2 of the NDA speaks for itself, and denies that this paragraph is an accurate or complete characterization. Further denied that the NDA is a valid and enforceable contract.

10. Defendant states that paragraph 1(b) of the NDA speaks for itself. Denied that the NDA is a valid and enforceable contract.

11. Defendant states that paragraph 1(a) of the NDA speaks for itself, and denies that this paragraph is an accurate or complete characterization. Further denied that the NDA is a valid and enforceable contract.

12. Defendant states that paragraph 7 of the NDA speaks for itself, and denies that this paragraph is an accurate or complete characterization. Further denied that the NDA is a valid and enforceable contract.

13. Defendant states that paragraph 4 of the NDA speaks for itself. Denied that the NDA is a valid and enforceable contract.

14. Defendant states that paragraph 5 of the NDA speaks for itself, and denies that this paragraph is an accurate or complete characterization. Further denied that the NDA is a valid and enforceable contract.

15. Defendant states that line 1 and paragraph 9 of the NDA speak for themselves as to what the NDA provides. To the extent paragraph 15 states a legal conclusion regarding the effectiveness or enforceability of the NDA, no response is required.

16. Denied.

17. Denied.

18. Denied.

**COUNT I**
**DAMAGES AND INJUNCTIVE RELIEF FOR**
**BREACH OF CONTRACT AGAINST DEFENDANT**
**<u>FOR VIOLATION OF THE NON-DISCLOSURE AGREEMENT</u>**

19. Defendant repeats and realleges her responses to the foregoing paragraphs and incorporates them as if fully set forth herein.

20. Paragraph 20 states a legal conclusion to which no response is required. To the extent that paragraph 20 states factual allegations that require a response, they are denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

Defendant denies any additional claims or allegations in the Complaint, including in the Prayer for Relief.

**AFFIRMATIVE DEFENSES**

Reserving all rights to supplement this list, based on information uncovered during the course of litigation, at this time Defendant states as follows:

1.  The Complaint fails to state a claim upon which relief can be granted.

2.  Plaintiff's claims are barred by waiver, estoppel and/or unclean hands.

3.  The NDA is unenforceable due to a lack and/or failure of consideration.

**RELIEF REQUESTED**

WHEREFORE, Defendant requests that the Complaint against her be dismissed with prejudice in its entirety, that Defendant be awarded her costs and attorneys' fees, as well as any further relief the Court deems just and proper.

Respectfully submitted,

DATED:  December 19, 2023

*/s/ Stacy O. Stitham*
Daniel A. Nuzzi
Stacy O. Stitham
BRANN & ISAACSON
113 Lisbon Street
P.O. Box 3070
Lewiston, ME 04243-3070
Tel.     (207) 786-3566
Email: dnuzzi@brannlaw.com
           sstitham@brannlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Stacy O. Stitham*
Stacy O. Stitham
