EXHIBIT A

# [redacted] DECLARATION

Pursuant to 28 U.S.C. § 1746, [redacted] declares as follows:

1. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge.

2. I am a resident of [redacted].

3. I am the father of [redacted].

4. I understand that [redacted] claims that he learned in September of 2023, that [redacted] disclosed to me and my wife ([redacted]'s stepmother), that [redacted] had won the Maine State Lottery. And, that as a result of [redacted]'s disclosure to us, other third parties, including [redacted]'s sister, became aware of that fact. That is not correct.

5. In or around February or March of 2023, [redacted] came to my house in [redacted], and informed me and my wife that he won a large amount of money in the Maine State Lottery.

6. Neither I nor my wife were asked to or ever signed a nondisclosure agreement with respect to [redacted]'s lottery winnings. I subsequently told [redacted]'s sister and others of that fact.

7. I was the one who told [redacted]'s sister about his having won the Maine State Lottery, not [redacted].

I declare under penalty of perjury that this declaration is true and correct.

Executed on December 19, 2023.

/s/ [redacted]

12-21-23