United States District Court
District of Maine

| | |
|---|---|
| John Doe, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   No. 2:23-cv-00423-JAW |
| | ) |
| Sara Smith, | ) |
| | ) |
|     Defendant. | ) |

**Defendant's Response to Maine Trust's Motion to Intervene**

Proposed intervenor Maine Trust for Local News, L3C d/b/a Portland Press Herald/Maine Sunday Telegram (Maine Trust) has filed a motion to intervene to seek to unseal certain documents in this litigation. ECF 42. Defendant "Sara Smith" does not oppose this motion, and indeed, already has objected in part to the various motions to seal filed by Plaintiff "John Doe." ECF 36.

Defendant submits this response to make plain, however, that although Defendant does not object to Maine Trust's motion to intervene, she intends to oppose in part Maine Trust's motion to unseal. ECF 43. *First*, Defendant believes that the parties should continue to proceed using pseudonyms in this litigation. *Second*, Defendant believes that the parties should continue to redact personally identifiable information under Fed. R. Civ. P. 5.2. Defendant reserves the right to make additional arguments in response to Maine Trust's motion to unseal, but Defendant does agree that the key factual dispute in this case—Defendant has submitted a sworn declaration from Plaintiff's *father* flatly disputing Plaintiff's central claim in the original complaint—should be litigated in public. For now, it is sufficient to note that Defendant does not object to Maine Trust's motion to intervene.

Dated: February 21, 2024                    Respectfully submitted,

<div style="margin-left: 40%;">

/s/Peter J. Brann
Daniel A. Nuzzi
Peter J. Brann
Hannah L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566
dnuzzi@brannlaw.com
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*

</div>