United States District Court
District of Maine

| | | |
|---|---|---|
| John Doe,<br><br>Plaintiff,<br>v.<br><br>Sara Smith,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:23-cv-00423-JAW |

**Defendant's Response to Maine Trust's Motion to Unseal**

Proposed intervenor Maine Trust for Local News, L3C d/b/a Portland Press Herald/Maine Sunday Telegram (Maine Trust) has filed a motion to unseal certain documents in this litigation. ECF 43. Defendant "Sara Smith" submits this response, opposing in part, Maine Trust's motion to unseal.

Defendant opposes in part Maine Trust's motion to unseal. ECF 43. *First*, Defendant believes that the parties should continue to proceed using pseudonyms in this litigation. *Second*, Defendant believes that the parties should continue to redact personally identifiable information under Fed. R. Civ. P. 5.2. *Third*, Defendant believes that additional *limited* redactions should be permitted to avoid exposing the identity of the parties and their minor child, while respecting the presumption of public access to judicial records.

Defendant does object, however, to the Plaintiff's over sealing and over redacting of documents as set forth in its previously filed responses. See Defendant's Response to Plaintiff's Emergency Motion to Seal Defendant's Motion for Sanctions. ECF 36; Defendant's Response to Plaintiff's Sealed Motion to File First Amended Complaint Under Seal. ECF 48; and Defendant's Response to Plaintiff's Sealed Motion for Redactions. ECF 49.

Defendant's position on Maine Trust's specific requests to unseal are as follows:

ECF 3. Motion to Seal Motion to Proceed Under Pseudonym
***No objection to unsealing***.

ECF 4. Sealed Motion to Proceed Under Pseudonym and exhibits (identified as ECF 3 in Maine Trust's Motion to Unseal).
***Objection in part.*** *Names of parties should be redacted.*

ECF 4-1. Declaration of Gregory Brown
***Objection in part.*** *Names of parties should be redacted.*

ECF 4-2. Cogentblue Wealth Advisors Letter
***Objection in part***. *Names of parties should be redacted.*

ECF 8. Motion to Seal Exhibit A to Complaint, Nondisclosure Agreement. ECF 1-1.
***Objection in part***. *Names of parties should be redacted.*

ECF 13. Motion to Seal Diversity Disclosure Statement
***No objection to unsealing.***

ECF 13-1. Diversity Disclosure Statement
***Objection in part***. *Name of party should be sealed.*

ECF 28. Sealed Motion to File First Amended Complaint Under Seal
***No objection to unsealing.*** *Defendant has already objected to the Motion to Seal the First Amended Complaint. See Defendant's Response ECF 48.*

ECF 28-1. Proposed First Amended Complaint
***No objection to unsealing***.

ECF 28-2. Letter of W. Brown re Security Concerns
***No objection to unsealing***.

ECF 31. Defendant's Motion for Sanctions
***No objection to unsealing***. *See Defendant's Response to Plaintiff's Emergency Motion to Seal Defendant's Motion for Sanctions. ECF 36.*

ECF 31-1. Declaration of Father of John Doe (ECF 32)
***No objection to unsealing***.

ECF 31-2. Declaration of Defendant, Sara Smith (ECF 33)
***No objection to unsealing***.

ECF 31-3. Email 1/4/2024 Atty Nuzzi to Atty Brown
***No objection to unsealing***.

ECF 31-4. Declaration of Daniel Nuzzi
*No objection to unsealing*.

ECF 34. Emergency Motion to Seal Defendant's Motion for Sanctions
***No objection to unsealing***. *See Defendant's Response. ECF 36.*

ECF 36. Defendant's Response to Plaintiff's Emergency Motion to Seal Defendant's Motion for Sanctions
***No objection to unsealing***.

ECF 37. Plaintiff's Sealed Reply to Defendant's Response to Plaintiff's Emergency Motion to Seal Defendant's Motion for Sanctions
***No objection to unsealing***.

ECF 37-1. Exhibit A to Plaintiff's Reply
***No objection to unsealing***.

ECF 50. Plaintiff's Response to Defendant's Motion for Sanctions and associated Exhibits
***No objection to unsealing***.

Additional Filings:

ECF 17. Diversity Disclosure Statement
Although not identified by Maine Trust, Defendant objects in part to the unsealing of Defendant's Disclosure Statement. Defendant's name should be redacted.

Finally, as filings continue to be made under seal in this matter and outpace the current motion to unseal or Defendant's objections to Plaintiff's motions to seal, we reserve the right to supplement Defendant's position as necessary.

Dated: March 12, 2024

Respectfully submitted,

/s/Daniel A. Nuzzi
Daniel A. Nuzzi
Peter J. Brann
Hannah L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME 04243-3070
(207) 786-3566
dnuzzi@brannlaw.com
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*