**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:23-cv-00423-JAW** |
| | ) | |
| **SARA SMITH,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF LOUISE M. APONTE

Pursuant to 28 U.S.C. § 1746, Louise M. Aponte declares as follows:

1. I, Louise M. Aponte, am over the age of eighteen and competent to make this Declaration. I make this Declaration based on personal knowledge of the facts set forth below.

2. I am counsel for Plaintiff John Doe in the above-captioned matter.

3. On April 18, 2024, I served Plaintiff's Motion for Rule 11 Sanctions on counsel for Defendant by email, pursuant to Rule 5 of the Federal Rules of Civil Procedure. Plaintiff's Motion for Rule 11 Sanctions includes Exhibits A and B.

4. Pursuant to Rule 11(c)(2) of the Federal Rules of Civil Procedure, Plaintiff's Motion for Rule 11 Sanctions describes how Defendant and her counsel violated Rule 11 of the Federal Rules of Civil Procedure by filing unsealed Defendant's Motion for Sanctions on February 7, 2024 for the following improper purposes:

(1) to barrage and mislead the Court with the repeated and baseless allegation that Plaintiff's Complaint is "false," in an attempt to coerce, pressure, and intimidate Plaintiff to dismiss his Complaint;

(2) to harass and embarrass Plaintiff with verifiably false, sensationalized, and irrelevant claims that he tried to "kidnap" the parties' daughter, in an attempt to shift the narrative and win in "the court of public opinion;" and

(3) to identify Plaintiff to the media and general public, despite his pseudonymous Complaint and desire to keep his identity, assets, and location confidential through the non-disclosure agreement with Defendant that is the subject of this litigation, all to the detriment of Defendant's own security and that of her daughter.

5. Pursuant to Rule 11(c)(2) of the Federal Rules of Civil Procedure, counsel for Defendant had 21 days after service of Plaintiff's Motion for Rule 11 Sanctions – or until May 9, 2024 – to withdraw or appropriately correct Defendant's Motion for Sanctions.

6. As of today's date, counsel for Defendant has not withdrawn or appropriately corrected Defendant's Motion for Sanctions.

7. For this reason, I am filing Plaintiff's Motion for Rule 11 Sanctions with the Court.

I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct.

Executed this 10th day of May 2024.

/s/ Louise M. Aponte
Louise M. Aponte