UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:23-cv-00423-JAW |
| | ) |
| SARA SMITH, | ) |
| | ) |
| Defendant. | ) |

### ▉▉▉▉▉▉▉▉ SUPPLEMENTAL DECLARATION

Pursuant to 28 U.S.C. § 1746, ▉▉▉▉▉▉▉ declares as follows:

1. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge.

2. I have previously provided a declaration in this matter. I am the father of the plaintiff.

3. As I have previously stated, in or around February or March of 2023, my son came to my house in ▉▉▉▉▉▉▉, and informed me and my wife that he won a large amount of money in the Maine State Lottery.

4. I understand that my son has stated that he told me nothing about his money other than "the simple fact that I had won." That is not true.

5. He told me he won over a billion dollars in the lottery, but that after taxes it would come to about $500 million. He also said he gave his girlfriend half, so they would have $250 million each.

6. He also told me a number of things he planned on doing with his money even though I didn't ask him for anything. For example, he told me he was going to build me a garage, and buy me some cars to fix up. He knew I previously enjoyed working on fixing up old cars.

7. He also told me that he wanted to buy us the house that he had lived in with me and his mother (my previous wife) when he was young. He said, "Find out what they want for it, and I'll pay double," or words to that effect. This is not something my current wife and I wanted to do.

8. He also told me that he wanted to set up a $1,000,000 trust fund for me which would pay me a monthly check. He said we would be able to have 24-hour care if needed and be able to stay in our home, so that we would never need to go into assisted living or into a nursing home.

9. I questioned him about how that would work with taxes, and why we needed to have a trust fund. As a retired police chief in my 70s, I did not see the need for a trust fund at my age. I also asked him about taxes, and what to do if we needed some money to help fix up the house in the meantime. He became upset and told me to contact his accountant.

10. I also understand that he has stated that ▬'s speaking with me and my wife ruined the relationship between me and my son. That is not true.

11. It was my son who insisted that neither I nor my wife have any communications or contact with ▬. ▬ is the mother of our grandchild and we have had a good relationship with her over the years. I thought she was a good mother and we did not want to turn our back on her as he insisted.

12. I told him that, "You are not the son, I knew." He got angry, calling me a "dictator" and an "asshole." I have not heard from my son since, and he has not done any of things he promised.

2

I declare under penalty of perjury that this declaration is true and correct.

Executed on April 26, 2024.

