IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:23-cv-00423-JAW |
| | ) | |
| SARA SMITH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF APPEAL OF
ORDER ON MOTION TO UNSEAL**

Plaintiff John Doe ("Plaintiff"), pursuant to Fed. R. App. P. 3 and 4, respectfully gives notice of his appeal to the United States Court of Appeals for the First Circuit from the District of Maine's Order on Motion to Unseal (ECF No. 73) granting in part and denying in part the *Maine Trust for Local News, L3C d/b/a Portland Press Herald/Maine Sunday Telegram's Motion to Unseal by Intervenor Maine Trust for Local News* (ECF No. 43). This Notice of Appeal is limited to:

1. The Order at paragraph D.2. that the *Motion for Leave to Proceed Under Pseudonym and for Protective Order* (ECF No. 4) be unsealed to reveal Protected Subject Matter under the non-disclosure agreement ("NDA") that is the subject of this litigation, namely the identity of Plaintiff's financial advisor;

2. The Order at paragraph D.2. that the *Motion for Leave to Proceed Under Pseudonym and for Protective Order* (ECF No. 4) be unsealed to reveal information

1

regarding the mental health of Plaintiff and his minor daughter (*id.* at 3) that falls within the category of information the Court has deemed appropriate to seal, namely "highly personal family information, largely tangential to whether Ms. Smith breached the NDA" (ECF No. 73, at 21-22);

3. The Order at paragraph D.7. that *Plaintiff's Motion to File First Amended Complaint Under Seal* (ECF No. 28) and its accompanying *To Whom It May Concern Letter* (ECF No. 28-2) be unsealed to reveal Protected Subject Matter under the NDA that is the subject of this litigation, namely the identity and business name of Plaintiff's financial advisor;

4. The Order at paragraph D.7. that *Plaintiff's Motion to File First Amended Complaint Under Seal* (ECF No. 28) be unsealed to reveal information regarding the mental health of Plaintiff and his minor daughter (*id.* at 5) that falls within the category of information the Court has deemed appropriate to seal, namely "highly personal family information, largely tangential to whether Ms. Smith breached the NDA" (ECF No. 73, at 21-22);

5. The Order at paragraph D.7. that *Plaintiff's Motion to File First Amended Complaint Under Seal* (ECF No. 28) be unsealed to reveal information regarding an "online stalker" of Plaintiff (*id.* at 6) that falls within the category of information the Court has deemed appropriate to seal, namely "highly personal family information, largely tangential to whether Ms. Smith breached the NDA" (ECF No. 73, at 21-22);

6. The Order at paragraph D.7. that Exhibit A to the *Plaintiff's Motion to File First Amended Complaint Under Seal* (ECF No. 28-1) be unsealed to reveal information

regarding where the parties' minor daughter lives and attends school (*id.* at ¶ 9) that falls within the category of information the Court has deemed appropriate to seal, namely "highly personal family information, largely tangential to whether Ms. Smith breached the NDA" (ECF No. 73, at 21-22); and

7. The Order at paragraph D.7. that Exhibit A to the *Plaintiff's Motion to File First Amended Complaint Under Seal* (ECF No. 28-1) be unsealed to reveal Protected Subject Matter under the NDA that is the subject of this litigation, namely the identities and business names of Plaintiff's security company and financial advisor (*id.* at ¶ 29).

Respectfully submitted this 7th day of June, 2024

By: */s/* Louise M. Aponte
Gregory Brown (ME Bar No. 9023)
Louise M. Aponte (ME Bar No. 9285)
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200
Knoxville, Tennessee 37915
Phone: (865) 521-6527
Fax: (865) 637-0540
gb@lyblaw.net
lma@lyblaw.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing document was filed with the Clerk of the District Court using the CM/ECF system on this 7th day of June 2024. Notification of this filing was sent to all parties registered with the Court's electronic filing system.

                                                         /s/ Louise M. Aponte