# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| SARA SMITH , ) | FILED UNDER SEAL |
| ) | |
| ) | |
| Defendant. ) | |

## RULE 157.6(b) MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

     Plaintiff respectfully moves pursuant to LR 157.6(b) for permission to file the Motion for Leave to Proceed Under Pseudonym under seal. The Motion for Leave to Proceed Under Pseudonym reveals to the Court the true names of the parties, as well as the confidential and safety-related reasons that proceeding under a pseudonym is necessary. Allowing the motion to be filed not under seal would frustrate the purposes that militate in favor of allowing the parties to use pseudonyms.

     For the reasons set forth above, Plaintiff respectfully requests that this Court grant his Motion to Proceed Under Pseudonym and for Protective Order.

Respectfully submitted this 15th day of November, 2023

                                              By: */s/* Gregory Brown
                                              Gregory Brown (ME Bar No. 9023)
                                              Louise M. Aponte (ME Bar No. 9285)
                                              LOWE YEAGER & BROWN PLLC
                                              920 Volunteer Landing, Suite 200
                                              Knoxville, Tennessee 37915
                                              Phone: (865) 521-6527
                                              Fax: (865) 637-0540
                                              gb@lyblaw.net
                                              lma@lyblaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2023, a copy of the foregoing Motion to Proceed Under Pseudonym and for Protective Order was filed electronically. Parties may access this filing through the Court's electronic filing system.

                                              /s/ Gregory Brown