# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

JOHN DOE,                              )
                                       )
    Plaintiff,     )
                                       )
v.                                     )    Civil Action No. 2:23-cv-00423-JAW
                                       )
SARA SMITH,                            )    FILED UNDER SEAL
                                       )
                                       )
    Defendant.     )

## PLAINTIFF'S RULE 157.6(b) MOTION TO SEAL DEFENDANT'S MOTION FOR SANCTIONS WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff respectfully moves pursuant to LR 157.6(b) to seal Defendant's Motion for Sanctions with Incorporated Memorandum of Law ("Defendant's Motion"), which Defendant filed today. The Court has previously granted Plaintiff's motion for this matter to proceed with the parties identified by pseudonym and motions to seal documents that include the parties' names and other identifying information.

Defendant's Motion (ECF Doc. 31) is unredacted and should be maintained under seal and not be made publicly available. It identifies that, in March 2023, Defendant's family law attorney filed an emergency motion in state court in connection with the return of the parties' daughter, and that the family law matter is "ongoing with open and ongoing issues relating to custody and child support." (ECF Doc. 31, at p.3). The Complaint in this case (ECF Doc. 1), which is unsealed, further states that Defendant is a resident of Dracut, MA. Plaintiff's grave concern is that the

1

media and general public will be able to connect the Massachusetts family court case to this one and potentially identify Plaintiff, Defendant, and their minor daughter, thereby exacerbating the risks, challenges, and harms that Plaintiff seeks to minimize through the filing of this lawsuit. Family court counsel for the parties have jointly moved to impound the Massachusetts family court filings, but the motion to impound is still pending and has not been acted on by the family court. For these reasons, Plaintiff respectfully requests that Defendant's Motion be placed under seal. Plaintiff's counsel has contacted counsel for Defendant, Daniel Nuzzi, by telephone message and email, requesting that he file Defendant's Motion under seal but has received no response.

Respectfully submitted this 7th day of February, 2024

By: */s/* Gregory Brown
Gregory Brown (ME Bar No. 9023)
Louise M. Aponte (ME Bar No. 9285)
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200
Knoxville, Tennessee 37915
Phone: (865) 521-6527
Fax: (865) 637-0540
gb@lyblaw.net
lma@lyblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2024, a copy of the foregoing Motion was filed electronically. Parties may access this filing through the Court's electronic filing system.

/s/ Gregory Brown