United States District Court
District of Maine

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| v. | ) | No. 2:23-cv-00423-JAW |
| | ) | |
| Sara Smith, | ) | |
| | ) | |
|       Defendant. | ) | |

**Defendant's Motion to Unseal Court Order**

In a sealed Order, ECF 117, this Court affirmed the decision of the Magistrate Judge (ECF 81) to deny the motion to amend the complaint (ECF 28) filed by Plaintiff John Doe. Defendant Sara Smith moves to unseal that Order. Currently, there is no publicly available or redacted version of this Order available on the public docket.

Applying the standards set forth by this Court in its Order unsealing many of the filings in this litigation, ECF 71, this Order too should be unsealed. Additionally, the decision of the Magistrate Judge being appealed is a public document. ECF 81. Likewise, the parties' filings on Plaintiff's appeal of that decision were all publicly filed. ECF 85, 96, 112; *see* ECF 116 (treating Plaintiff's stricken reply, ECF 112, as a permitted reply). Finally, the Court's Order is careful not to reveal any arguably confidential information either under the parties' non-disclosure agreement or Fed. R. Civ. P. 5.2. For the reasons previously explained by this Court in its Order on the motion to unseal, this Court's Order denying Plaintiff's motion to amend his complaint should be unsealed.

2

Defendant respectfully requests that her motion to unseal this Court's order on the motion to amend, ECF 117, be unsealed.

Dated: July 24, 2024            Respectfully submitted,

/s/Peter J. Brann
Daniel A. Nuzzi
Peter J. Brann
Hannah L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566
dnuzzi@brannlaw.com
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*