# United States Court of Appeals
## For the First Circuit

_____

No. 24-1553

JOHN DOE,

Plaintiff - Appellant,

v.

SARA SMITH,

Defendant - Appellee,

MAINE TRUST FOR LOCAL NEWS L3C, d/b/a Portland Press Herald, d/b/a Maine Sunday Telegram,

Intervenor - Appellee.

_____

**JUDGMENT**

Entered: September 11, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with appellant to bear any incurred costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Louise Aponte
Daniel Nuzzi
Peter J. Brann
Stacy O. Stitham
Hannah L. Wurgaft
Eugene Volokh
Sigmund D. Schutz
Alexandra A. Harriman