United States District Court
District of Maine

| | |
|---|---|
| John Doe, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    No. 2:23-cv-00423-JAW |
| | ) |
| Sara Smith, | ) |
| | ) |
|     Defendant. | ) |

**Defendant's Reply on Emergency Motion
Concerning this Court's Order on Unsealing**

Following Defendant Sara Smith's filing of her unopposed emergency motion relating to this Court's order on unsealing, ECF 138, and the Court's Order seeking further explanation, ECF 140, Plaintiff John Doe filed a response, ECF 143, and submitted a completely redacted version of its previously sealed exhibit to his proposed amended complaint, ECF 28-1. Defendant believes that a complete redaction of this exhibit goes too far, and thus submits this reply.

As Defendant previously explained to this Court, when this exhibit was previously filed under seal, it was partially redacted, but it nevertheless identified the minor daughter by name 31 times. ECF 141. Defendant believes that the daughter's name should be redacted under this Court's rulings. Instead, Plaintiff redacted the entire document, which goes far beyond the Court's rulings in this matter because it includes the substance of the exhibit as well. Defendant requested Plaintiff submit a revised exhibit, but Plaintiff declined to do so.

Defendant requests that the Court order Plaintiff to submit a revised version of the exhibit ECF 28-1, which only additionally redacts the name of the daughter and not the substance of the entire exhibit.

2

Dated: September 18, 2024                   Respectfully submitted,

/s/Peter J. Brann
Daniel A. Nuzzi
Peter J. Brann
Hannah L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566
dnuzzi@brannlaw.com
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*