**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

---

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:23-cv-00423-JAW** |
| | ) | |
| **SARA SMITH,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**PLAINTIFF'S RULE 7A MOTION TO SEAL ECF No. 131-1 and 131-2**

---

Plaintiff John Doe ("Plaintiff"), by and through counsel, respectfully submits this Motion to Seal ECF No. 131-1 (Plaintiff's Response to Defendant's First Set of Interrogatories) and 131-2 (Plaintiff's Supplemental Response to Defendant's First Request for Production) – both filed by Defendant -- on grounds that they reveal the true name of Plaintiff and are not restricted from the view of third-party intervenor, Maine Trust for Local News L3C.

Dated: October 3, 2024

Respectfully submitted,

By: *<u>/s/ Louise M. Aponte</u>*
Gregory Brown (ME Bar No. 9023)
Louise M. Aponte (ME Bar No. 9285)
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200
Knoxville, Tennessee 37915
Phone: (865) 521-6527
Fax: (865) 637-0540

gb@lyblaw.net
lma@lyblaw.net

*Attorneys for Plaintiff*