# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:23-cv-00423-JAW |
| | ) | |
| SARA SMITH, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff John Doe ("Plaintiff"), pursuant to Fed. R. App. P. 3 and 4, respectfully gives notice of his appeal to the United States Court of Appeals for the First Circuit from the District of Maine's Order entered on January 28, 2025 (ECF No. 177), overruling Plaintiff's Partial Objection to Order Re: Discovery Disputes.

Plaintiff submits that the First Circuit should assume jurisdiction of this appeal pursuant to 28 U.S.C. §1291 and the collateral order doctrine. Plaintiff shall file a separate Petition for Writ of Mandamus with the First Circuit as an alternative basis for jurisdiction.

Respectfully submitted this 25th day of February, 2025.

By: /s/ *Louise M. Aponte*
Gregory Brown (ME Bar No. 9023)
Louise M. Aponte (ME Bar No. 9285)
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200
Knoxville, Tennessee 37915
Phone: (865) 521-6527
Fax: (865) 637-0540
gb@lyb.law
lma@lyb.law

1

and

Stephen B. Segal, Esq., Bar No. 5422
VERRILL DANA LLP
One Portland Square
Portland, ME  04101
(207) 774-4000
ssegal@verrill-law.com

*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of the District Court using the CM/ECF system on this 25th day of February, 2025. Notification of this filing was sent to all parties registered with the Court's electronic filing system.

*/s/ Louise M. Aponte*
Louise M. Aponte