UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SARA SMITH, )<br>)<br>Defendant. ) | No. 2:23-cv-00423-JAW |

## REQUEST FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.2(c), Daniel Nuzzi requests leave to withdraw as counsel for Defendant Sara Smith in this matter. The reason for the withdrawal is that I am retiring. Peter Brann, Stacy Stitham, and Hanna Wurgaft, also attorneys with law firm Brann & Isaacson, have previously entered their appearances for Defendant and will remain as counsel for Defendant.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Daniel A. Nuzzi*
Daniel A. Nuzzi
BRANN & ISAACSON
113 Lisbon Street, P.O. Box 3070
Lewiston, Maine 04243
Tel.    (207) 786-3566
Email: dnuzzi@brannlaw.com