# United States Court of Appeals
## For the First Circuit

_____

No. 25-1196

JOHN DOE,

Plaintiff - Appellant,

v.

SARA SMITH,

Defendant - Appellee,

MAINE TRUST FOR LOCAL NEWS L3C, d/b/a Portland Press Herald, d/b/a Maine Sunday Telegram,

Intervenor - Appellee.

_____

Before

Barron, <u>Chief Judge</u>,
Aframe and Dunlap, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: April 29, 2026

Consistent with the order entered this day, the above-captioned appeal is <u>dismissed</u>.


By the Court:

Anastasia Dubrovsky, Clerk


cc: Stephen B. Segal, Louise Aponte, Gregory Brown, Peter J. Brann, Stacy O. Stitham, Hannah L. Wurgaft, Eugene Volokh, Sigmund D. Schutz, Alexandra A. Harriman