Case: 25ase92.23-Dv-00428tJAW118450006entP2ge: 1FiledD05/21l/26: 05721/2026f 1  HageID:6811543 1274

# United States Court of Appeals
## For the First Circuit

No. 25-1196

JOHN DOE,

Plaintiff - Appellant,

v.

SARA SMITH,

Defendant - Appellee,

MAINE TRUST FOR LOCAL NEWS L3C, d/b/a Portland Press Herald, d/b/a Maine Sunday Telegram,

Intervenor - Appellee.

**MANDATE**

Entered: May 21, 2026

In accordance with the judgment of April 29, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Stephen B. Segal, Louise Aponte, Gregory Brown, Peter J. Brann, Stacy O. Stitham, Hannah L. Wurgaft, Eugene Volokh, Sigmund D. Schutz, Alexandra A. Harriman