United States District Court
District of Maine

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:23-cv-00423-JAW |
| | ) | |
| Sara Smith, | ) | |
| | ) | |
| Defendant. | ) | |

**Defendant's Status Report**

At the end of the recent discovery conference on June 8, 2026, the Court and the parties discussed the possibility of resolving the outstanding issues by agreement. Immediately following the conference, also on June 8, 2026, counsel for Defendant Sara Smith sent a proposal to counsel for Plaintiff John Doe. Today, Plaintiff's counsel responded to Defendant's proposal, which was rejected. Because the parties have reached an impasse, Defendant requests that the Court resolve the pending discovery issues.

Dated: June 11, 2026

Respectfully submitted,

/s/ Peter J. Brann
Peter J. Brann
Hanna L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
207.786.3566
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*