# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2:23-cv-00423-JAW** |
| | ) | |
| **SARA SMITH,** | ) | |
| | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **MAINE TRUST FOR LOCAL NEWS,** | ) | |
| **L3C, d/b/a *Portland Press Herald/Maine*** | ) | |
| ***Sunday Telegram*,** | ) | |
| | ) | |
| **Intervenor.** | ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, John Doe, respectfully submits this status report following the Court's June 8, 2026 discovery conference and the parties' subsequent attempt to resolve outstanding discovery issues by agreement.

The parties were able to agree in principle that Plaintiff could take a limited-scope deposition of Defendant on the disclosure issue and Defendant could take the deposition of Plaintiff's father. The parties were unable to reach agreement, however, beyond those terms. Nevertheless, Plaintiff remains willing to proceed with the deposition of Plaintiff's father in exchange for Defendant's limited-scope deposition as to who she disclosed Plaintiff's Protected

1

Subject Matter to, what, and when, provided no supplemental written discovery from Plaintiff is required for those depositions to proceed.

Plaintiff joins Defendant in respectfully requesting that the Court resolve the pending discovery issues, as it deems appropriate.

Respectfully submitted this 15th day of June, 2026.

By: */s/ Louise M. Aponte*
Gregory Brown (Bar No. 9023)
Louise M. Aponte (Bar No. 9285)
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200
Knoxville, Tennessee 37915
Phone: (865) 521-6527
Fax: (865) 637-0540
gb@lyblaw.net
lma@lyblaw.net

and

Stephen B. Segal (Bar No. 5422)
VERRILL DANA LLP
One Portland Square
Portland, ME 04101
(207) 774-4000
ssegal@verrill-law.com

*Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I caused the foregoing document to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

Dated: June 15, 2026

*/s/ Louise M. Aponte*
Louise M. Aponte