United States District Court
District of Maine

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:23-cv-00423-JAW |
| | ) | |
| Sara Smith, | ) | |
| | ) | |
| Defendant. | ) | |

**Defendant's Second Status Report**

On June 15, 2026, Plaintiff John Doe submitted a status report, claiming that the parties reached an agreement "in principle" on certain aspects of the outstanding discovery issues. ECF 226. That is not true.

Defendant Sara Smith sent a comprehensive proposal to Plaintiff's counsel, and Plaintiff's counterproposal did not mention some aspects of that proposal, rejected some other aspects of that proposal, and included other, unacceptable, provisions. Because the parties have reached an impasse, Defendant repeats its request that the Court resolve the pending discovery issues.

2

Dated: June 16, 2026

Respectfully submitted,

/s/ Peter J. Brann
Peter J. Brann
Hanna L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
207.786.3566
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*

2