# United States Court of Appeals
## For the First Circuit

No. 26-1574

IN RE: JOHN DOE,

Petitioner.

Before

Barron, Chief Judge,
Aframe and Dunlap, Circuit Judges.

**JUDGMENT**

Entered: August 13, 2026

This is a mandamus petition related to prior Appeal 25-1196, which was dismissed for lack of finality via judgment entered April 29, 2026. Though petitioner had referenced an intent to file a companion mandamus petition in the notice of appeal giving rise to Appeal 25-1196, see 2:23-cv-00423-JAW Dkt. 184 at 1, no such petition was filed prior to the dismissal of Appeal 25-1196, and petitioner did not develop any argument based on mandamus principles when responding to the appellee's motion to dismiss that appeal. Only after the court had dismissed Appeal 25-1196 did petitioner file the current mandamus petition.

We have considered carefully the arguments set out in the petition, and we conclude that petitioner has failed to demonstrate that "extraordinary . . . rarely granted" mandamus relief is in order. In re Tsarnaev, 780 F.3d 14, 16 (1st Cir. 2015); see also Cheney v. U.S. Dist. Court for D.C., 542 U.S. 367, 380-81 (2004) (explaining that, to demonstrate an entitlement to issuance of a writ of mandamus, a petitioner must show (1) that he has "no other adequate means to attain the relief he desires," (2) that "his right to issuance of the writ is clear and indisputable," and (3) that issuance of "the writ is appropriate under the circumstances") (internal quotation marks and brackets omitted).

The petition for writ of mandamus is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John A. Woodcock
Jennifer Lyons, Clerk, United States District Court for the District of Maine
Stephen B. Segal
Louise Aponte
Gregory Brown
Peter J. Brann
Stacy O. Stitham
Hannah L. Wurgaft
Eugene Volokh
Sigmund D. Schutz
Alexandra A. Harriman