United States District Court
District of Maine

| | | |
|---|---|---|
| John Doe,<br><br>Plaintiff,<br>v.<br><br>Sara Smith,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 2:23-cv-00423-JAW |

**[redacted] Declaration**

Under 28 U.S.C. § 1746, [redacted] declares as follows:

1. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge, and on information and belief, and to the extent it is based on information and belief, I believe it to be true.

2. I am Defendant "Sara Smith" in this matter. This declaration is submitted in conjunction with my opposition to the motion filed by Plaintiff "John Doe" to dismiss this case without prejudice. ECF 238 (Motion).

3. The Motion states: "Based on [Defendant's] deposition, Plaintiff is reasonably satisfied that *Defendant's breaches, as identified in that deposition, can be mitigated* to protect the privacy and safety of Plaintiff and his minor child." Motion 3 (brackets and emphasis added). The assertion that I breached the nondisclosure agreement (NDA) is utterly false.

4. Notably, Plaintiff did not include my deposition (or Plaintiff's dad's deposition) as an exhibit to the motion to dismiss, which would contradict this claim, so the complete, unredacted versions of these depositions are being submitted under seal to the Court, and versions redacted by Plaintiff's counsel are being submitted publicly.

5. As I stated repeatedly in my deposition, I did not disclose Plaintiff's $1.3 billion lottery win to anyone. This included the numerous friends, relatives, and work colleagues discussed during the deposition.

6. For people to whom Plaintiff—not me—disclosed his lottery win, including Plaintiff's dad, his stepmom, and my son, as I stated repeatedly in my deposition, I was very guarded in what I said to them even though they were already aware of the lottery win and the other information allegedly protected by the NDA.

7. This pattern of Plaintiff's counsel submitting public filings that say untrue things about me and then hiding behind the veil of confidentiality to prevent me from correcting the record has continued from the beginning of this lawsuit.

8. In addition to my deposition, I am aware that the parties recently took the deposition of Plaintiff's dad. I am aware that Plaintiff's dad confirmed in his deposition every substantive paragraph in his two earlier declarations, including that Plaintiff—not me—told him and his wife about Plaintiff's lottery win, which is the central factual allegation made against me in this lawsuit. ECF 1 (Complaint ¶ 17).

9. Although the Motion claims dismissal is only warranted now "[i]n light of this *development*," Motion 3 (emphasis added), these two depositions did not reveal *any* new information. I am aware that my counsel served a motion for sanctions on *January 12, 2024*, that included "sworn declarations from Defendant and Plaintiff's father that show the critical allegations of the complaint are false[.]" ECF 31-4, ¶ 3. I find it offensive to call these two depositions that merely confirmed what had been stated in writing and under oath *30 months* earlier a "development," and to continue to refer to my nonexistent "breaches" of the NDA.

10. I have substantial concerns about what Plaintiff may do to me if this case is dismissed without prejudice, as he can refile or threaten to refile this lawsuit at any time. In both this case and the on-going family case concerning our minor daughter, Plaintiff has engaged in scorched-earth tactics that appear designed to bankrupt or crush me.

11. In addition to the seemingly endless litigation in this case (three unsuccessful interlocutory appeals and over 230 docket entries), Plaintiff has engaged in similar tactics in the family court.

12. Plaintiff has raised numerous extraneous issues in the family court to distract from the core issues relating to our daughter. Although these unrelated issues are also unfounded, it takes substantial time and money to debunk them.

13. After the guardian ad litem issued a very lengthy report that was uniformly in my favor, Plaintiff used his unlimited wealth to increase the litigation pressure and cost on me in the family matter.

14. For example, Plaintiff appears to be attempting to take the depositions of anyone who may have spoken with the guardian ad litem or who conceivably might have any information to smear me, no matter how tangential to the family matter. As a working-class person, I cannot afford to participate in such litigation, and thus my counsel is not attending these ongoing family matter depositions.

15. Due to the enormous cost of these two lawsuits, I have had to refinance my home, and I still owe my lawyers money.

16. Due to the enormous time pressures of these two lawsuits, I have had to cut back on the lengths of shifts that I work as an emergency room nurse so I can trade shifts with other

nurses, and I have had to cut back on the number of hours that I work, further increasing the financial pressure on me.

17. I have grave fears that if this lawsuit is dismissed without prejudice, Plaintiff will just turn around and file another meritless lawsuit claiming that I breached the NDA. And every day, I would live in fear that he would file such a lawsuit or take some other spiteful action.

18. For example, in the evening of the same day the First Circuit ruled that any trial in this case must be conducted in public and the parties cannot use pseudonyms, Plaintiff's counsel informed me that Plaintiff was discontinuing paying for ongoing security for me, effective immediately. This feels vindictive to me.

19. I also do not understand how Plaintiff can refuse to pay for ongoing security under the NDA: "*For and in consideration of support to be given to Mother* and Daughter by Father *in the form of ongoing security resources* to ensure her safety and except as permission may be specifically granted with the terms herein, Mother agrees to hold in confidence and not to disclose to any third-party, with the exception of Authorized Recipient, any and all information which she necessarily obtains in the maintenance and support of Daughter and the support that is given to either by Father." ECF 1-1 (NDA ¶ 2) (emphasis added).

I declare under penalty of perjury that this declaration is true and correct.

Executed on ____________________ ____________________

[redacted]

matter. As a working-class person, I cannot afford to participate in such litigation, and thus my counsel is not attending these ongoing family matter depositions.

15. Due to the enormous cost of these two lawsuits, I have had to refinance my home, and I still owe my lawyers money.

16. Due to the enormous time pressures of these two lawsuits, I have had to cut back on the lengths of shifts that I work as an emergency room nurse so I can trade shifts with other nurses, and I have had to cut back on the number of hours that I work, further increasing the financial pressure on me.

17. I have grave fears that if this lawsuit is dismissed without prejudice, Plaintiff will just turn around and file another meritless lawsuit claiming that I breached the NDA. And every day, I would live in fear that he would file such a lawsuit or take some other spiteful action.

18. For example, in the evening of the same day the First Circuit ruled that any trial in this case must be conducted in public and the parties cannot use pseudonyms, Plaintiff's counsel informed me that Plaintiff was discontinuing paying for ongoing security for me, effective immediately. This feels vindictive to me.

19. I also do not understand how Plaintiff can refuse to pay for ongoing security under the NDA: "*For and in consideration of support to be given to Mother* and Daughter by Father *in the form of ongoing security resources* to ensure her safety and except as permission may be specifically granted with the terms herein, Mother agrees to hold in confidence and not to disclose to any third-party, with the exception of Authorized Recipient, any and all information which she necessarily obtains in the maintenance and support of Daughter and the support that is given to either by Father." ECF 1-1 (NDA ¶ 2) (emphasis added).

I declare under penalty of perjury that this declaration is true and correct.

Executed on 9/29/2026

[redacted]