# United States Court of Appeals
## For the First Circuit

---

No. 25-1373

JOHN DOE,

Plaintiff - Appellant,

v.

SARA SMITH,

Defendant - Appellee,

MAINE TRUST FOR LOCAL NEWS L3C, d/b/a Portland Press Herald, d/b/a Maine Sunday Telegram,

Intervenor - Appellee.

---

**MANDATE**

Entered: October 7, 2026

In accordance with the judgment of September 15, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Louise Aponte
Peter J. Brann
Gregory Brown
Alexandra A. Harriman
Sigmund D. Schutz
Stephen B. Segal
Stacy O. Stitham
Eugene Volokh
Hannah L. Wurgaft