UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:23-cv-00423-JAW |
| | ) | |
| SARA SMITH, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON MOTION TO SEAL**

In accordance with the Confidentiality Order entered in this case (Order, ECF No. 70) and District of Maine Local Rule 5.2, Defendant moved to seal certain documents filed as part of Defendant's response to Plaintiff's motion to dismiss, which documents were generated in discovery. (Motion to Seal, ECF No. 245.) Plaintiff does not oppose the motion.

The Court understands that although Defendant has moved to seal the documents, Defendant does not believe the documents should remain under seal. While Defendant has moved to seal the documents to comply with the process contemplated by the Confidentiality Order, Defendant intends to move to unseal the documents in connection with the proceedings on Plaintiff's motion to dismiss.

After review of the parties' filings and in accordance with the parties' agreement, the Court grants the motion to seal without prejudice to the parties' ability to move to unseal some of or all the documents. The Court seals the documents filed at ECF Nos.

245-1, 245-2, and 245-3, subject to the parties' right to ask the Court to unseal the documents and the Court's ability unseal the documents sua sponte.

The Court discerns no reason for the motion to seal (ECF No. 245), the response to the motion (ECF No. 248), or this Order to be sealed. Accordingly, the motion to seal and the response to the motion shall be unsealed. This order shall not be sealed.

**NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 16th day of October, 2026.